In the Matter of COMMERCIAL PICTURES CORPORATION, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted March 8, 1954; decided March 11, 1954.

*Florence Perlow Shientag* for motion.
*Charles A. Brind, Jr.,* for respondent.

Motion for amendment of remittitur or for reargument granted to the extent that the return of the remittitur is requested and, when returned, it will be amended so as to provide that the order of the Appellate Division is reversed and the determination of the Board of Regents annulled, with costs in this court and in the Appellate Division, and the Board of Regents is directed to issue the license applied for by the petitioner. [See 305 N. Y. 336.]